UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENERAL MEDIA COMMUNICATIONS, INC., | |
| Plaintiff, | Case No. 2:09-cv-00980-RLH-PAL |
| vs. | **ORDER** |
| RUSSELL ROAD FOOD & BEVERAGE, LLC, *et al.,* | |
| Defendants. | |

The parties submitted a stipulated request to continue the settlement conference (Dkt. #34) on July 7, 2010. The stipulation requests to vacate the July 16, 2010 settlement conference representing the parties have reached an agreement in principal, but need additional time "to refine a rather complex settlement agreement". Additionally, Plaintiff's general counsel is out of the country and unavailable until July 12, 2010. The parties request that the settlement conference be scheduled between three and four weeks from its current date. The court has approved the parties stipulation to vacate the July 16, 2010 settlement conference. The settlement conference will be rescheduled for Thursday, August 19, 2010 at 9:30 a.m., which is the first available date on the court's calendar. However, counsel are advised that no further requests for extension will be granted. Confidential settlement statements are due in chambers no later than August 12, 2010. If the stipulation to dismiss this case is filed before the deadline for submitting confidential settlement statements, the settlement conference will be vacated. If not, the settlement conference will go forward and the parties shall comply with the court's scheduling order regarding the attendance requirements for each side.

IT IS SO ORDERED.

Dated this 8th day of July, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE