1  Clyde DeWitt
   Nevada State Bar No. 9791
2  California State Bar No. 117911
   Law Offices of Clyde DeWitt,
3       A Professional Corporation

4  732 South Sixth Street, Suite 100
   Las Vegas, NV 89101
5  (702) 386-1756

6  Fax: (310) 362-8667
   clydedewitt@earthlink.net
7

8  Counsel for Plaintiff, General Media Communications, Inc.

9
                **IN THE UNITED STATES DISTRICT COURT**
10
           **FOR THE DISTRICT OF NEVADA – SOUTHERN DIVISION**
11

12  | GENERAL MEDIA | **Case Number:** 2:09-cv-00980 RLH PAL |
    | COMMUNICATIONS, INC., a New | |
13  | York corporation, | Hon. Roger L. Hunt |
    | | |
14  | Plaintiff, | **STIPULATION FOR ENTRY OF A** |
    | | **CONSENT DECREE AND TO** |
15  | v. | **DISMISS REMAINING CLAIMS** |
16  | | |
    | RUSSELL ROAD FOOD AND | |
17  | BEVERAGE, LLC, a Nevada | |
    | corporation, BARRY ARFA and DOES | |
18  | 1-10, inclusive, | |
19  | Defendants | |

20
21
22
23       COME NOW the parties to the above-captioned matter and enter this stipulated

24  request

25            1.       That the court enter the consent decree filed herewith;

26
27                                    **Page 1**
                         **STIPULATION RE CONSENT DECREE**
28
                                   **Case Number 2:09-cv-00980-RLH-PAL**

K:\Files\Penthouse General Media v Russell Road Food & Bev\10-007-p-Consent Decree.wpd

1              2.      That the remaining claims be dismissed as to all defendants; and

2              3.      That the court retain jurisdiction for the limited purpose of enforcing the

3 settlement agreement and consent decree.

4     So Stipulated:

5 Date: July 19, 2010.

6                                    CLYDE DeWITT

7                                    LAW OFFICES OF CLYDE DeWITT, APC

8

9                                    By: /s/ Clyde DeWitt
                                         Clyde DeWitt

10                                  Counsel for Plaintiff,
                                 General Media Communications, Inc.

11

12                                  PUOY K. PREMSRIRUT
                                 BROWN, BROWN & PREMSRIRUT

13

14                                  By: /s/ Puoy K. Premsrirut
                                     Puoy K. Premsrirut

15

16                                  Counsel for Defendants,
                                 Russell Road Food & Beverage, LLC and

17                                Barry Arfa

18

19

20

21

22

23

24

25

26

27                                 **Page 2**

28                        **STIPULATION RE CONSENT DECREE**

                                                **Case Number 2:09-cv-00980-RLH-PAL**

1
2
3
4
5
6
7
8
9          **IN THE UNITED STATES DISTRICT COURT**

10     **FOR THE DISTRICT OF NEVADA – SOUTHERN DIVISION**

11

12  | GENERAL MEDIA COMMUNICATIONS, INC., a New York corporation, | **Case Number:** 2:09-cv-00980 RLH PAL |
13  | | Hon. Roger L. Hunt |
14  | Plaintiff, | **CONSENT DECREE** |
15  | v. | |
16  | RUSSELL ROAD FOOD AND BEVERAGE, LLC, a Nevada corporation, BARRY ARFA and DOES 1-10, inclusive, | |
17  | | |
18  | | |
19  | Defendants | |

20

21     **Definitions**

22        1.     The following are "Plaintiff's Registered Marks:"

23        2.     The word mark. PENTHOUSE*, also referred to herein as the "Penthouse Name."

24        3.     The following, referred to herein as the "Penthouse Club Logo:"

25
26
27
28

Page 1



4. The Penthouse Name and the Penthouse Club Logo are referenced herein as "Plaintiff's Registered Marks."

5.     The following are "Plaintiff's Common-law Marks:"

6.     The word mark THE PENTHOUSE CLUB;

**7.**     The "Three-Key Logo," which appears as follows:

1   8.   The "One-Key Logo," which appears as follows:



6   9.   The word mark THE PENTHOUSE CLUB , the Three-Key Logo and the One-

7   Key Logo will be collectively referenced herein as "Plaintiff's Common Law Marks."

8   10.   Plaintiff's Registered Marks and Plaintiff's Common Law Marks are

9   collectively referenced herein as "Plaintiff's Marks."

10   **Order**

11   11.   Defendants and their officers, agents, servants, representatives, employees,

12   successors, affiliates, and assigns, and all those persons in active concert or participation with

13   all or any of them who receive notice of this Injunction, are hereby permanently enjoined and

14   restrained from:

15   i.   using or knowingly authorizing any third party to use any trademark,

16   service mark, domain name, keyword, business name or trade name consisting in

17   whole or in part of any of the Plaintiff's Marks or from using any counterfeit, copy,

18   simulation, confusingly similar variation, or colorable imitation of the Plaintiff's

19   Marks in connection with any business, products, or services, without written

20   authorization of Plaintiff;

21   ii.   imitating, copying or making any unauthorized use of any of the

22   Plaintiff's Marks, or any copy, simulation, variation or imitation thereof;

23   iii.   making or displaying any statement or representation that is likely to

24   lead the public or the trade to believe that Defendants' goods or services are in any

25   manner associated or affiliated with or approved, endorsed, licensed, sponsored,

26   authorized or franchised by or are otherwise connected with Plaintiff and/or Plaintiff's

27   affiliated entities;

28

Page 3

iv.    using or knowingly authorizing any third party to use in connection with the rendering, offering, advertising, or promotion of any goods or services, any false description, false representation, or false designation of origin, or any marks, names, words, symbols, or devices which falsely associate such goods or services with Plaintiff and/or Plaintiff's affiliated entities or tend to do so;

v.    registering or applying to register as a trademark, service mark, domain name, trade name or other identifier any mark or name consisting of the Plaintiff's Marks, or any other mark, name or domain name that infringes on or is likely to be confused with the Plaintiff's Marks;

vi.    engaging in any other activity constituting unfair competition with Plaintiff and/or Plaintiff's affiliated entities, or constituting an infringement of the Plaintiff's Marks, or Plaintiff's rights therein; and

vii.    knowingly aiding, assisting or abetting any other party in doing any act prohibited by sub-paragraphs (i) through (vi) above.

12.    Defendants shall, pursuant to Section 36 of the Lanham Act, 15 U.S.C. § 1118, deliver up for destruction all infringing parts, labels, signs, prints, packages, brochures, flyers, wrappers, receptacles, advertisements, business cards, stationery, electronic materials or other materials in their possession or custody and control that are within the United States of America, its territories and possession, which depict the Plaintiff's Marks, by themselves or in combination with other words, names, or phrases, or any other mark, word, name or phrase so similar to the Plaintiff's Marks as to be likely to cause confusion, mistake, or deception, and all means of making or affixing the same within fifteen (15) days from the entry of this Injunction.

13.    Defendants shall delete from their computer files, menus, hard drives, diskettes, and backups and deliver up to Plaintiff all infringing materials incorporating or bearing any trademark, trade name, or domain name that consists in whole or in part of the Plaintiff's Marks, or any copies, simulations, variations, or colorable imitations thereof within fifteen (15) days from the entry of this Injunction.

Page 4

14. Defendants shall file with the Court and serve on Plaintiff's counsel within thirty (30) calendar days of the entry of this Injunction a report in writing under oath setting forth in detail the manner and form which Defendants have complied with the requirements of the Injunction.

Signed this 20th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

Accepted:

_____
Barry Arfa, Individually

_____
Russell Road Food & Beverage, by
~~Bill Deyesso~~, one of its managers
Richard McEse

Page 5

1   Approved as to form and content,

2                                       CLYDE DeWITT
                                        LAW OFFICES OF CLYDE DeWITT, APC
3

4
                                        By: /s/ Clyde DeWitt
5                                               Clyde DeWitt

6                                       Counsel for Plaintiff,
                                        General Media Communications, Inc.
7
                                        PUOY K. PREMSRIRUT
8                                       BROWN, BROWN & PREMSRIRUT

9

10                                      By: /s/ Puoy K. Premsrirut
                                                Puoy K. Premsrirut
11
                                        Counsel for Defendants,
12                                      Russell Road Food & Beverage, LLC and
                                        Barry Arfa
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28